UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

La Verne McBryde O'Neal
_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Detective Polichetti
New York Detective - 25th Preceint
John Doe DEA
8701 Morrissette Drive  Springfield, Virginia 22152

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☒ Yes  ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The 4th and 14th amendments

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

LaVerne                A             McBryde-O'Neal
First Name              Middle Initial        Last Name

112 East 128 Street #11B NY
Street Address

New York                        NY              10035
County, City                    State           Zip Code

212 987 8803                    a7eyez22@yahoo.com
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     Detective Polichetti
                 First Name           Last Name
                 New York Detective - 25th Precinct
                 Current Job Title (or other identifying information)
                 Shield # 7182    Phone # 917-474-8523
                 Current Work Address (or other address where defendant may be served)
                 New York          NY          10035
                 County, City      State       Zip Code

Defendant 2:     John Doe      DEA
                 First Name    Last Name
                 8701 Morrissette Drive    Springfield, Virginia 22152
                 Current Job Title (or other identifying information)

                 Current Work Address (or other address where defendant may be served)

                 County, City      State       Zip Code

Defendant 3:
                 First Name        Last Name

                 Current Job Title (or other identifying information)

                 Current Work Address (or other address where defendant may be served)

                 County, City      State       Zip Code

Page 4

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 112 East 128 Street #11B NY, NY 10035

Date(s) of occurrence: 1-4-2023  1:50 pm

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was presently recovering surgery of left foot. bunion removed. I was on bed rest and stay off foot. At 1:50 pm on 1-4-23 the door bell rung. I said coming. Before I could leave my bedroom, Detective Polichetti was standing in front of my kitchen, never identifying himself with my keys in his left hand and a shield in his right. He said my apartment was under investigation as he shoved me in the hallway. I had on pajamas and robe. Then about 10 other plainclothes police entered the apartment and were inside for more than 20 minutes before 10 DEA agents announced they were about to enter. The ring device on my door recorded 40 minutes of this illegal search + seize before Polichetti snatched the ring device off the door.

Page 5

This went on from 1:50 until after 5:00 pm when my son and I had to sign a card for its being retained. I had come to realize the damage done in the apartment and a safe with $50,000.00 completely broken and all contents removed. Broken vases and keepsakes completely destroyed. Expensive clothes and shoes thrown all over the room. The damage to the apartment took me days to straighten with my foot swollen and never healed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My left foot was severely injured which required medical attention. The physician Dr Kim took x-rays and it show the bone did not fuse and I would need a splint placed because of being on the foot on 1-4-23.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want all monies returned that was taken from my residence approximately $50,000. The broken vases and keepsakes could never be replaced. I want all monies taken.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

**Dated:** 11-14-2023

**Plaintiff's Signature:** LaVerne M. McBride-O'Neal

**First Name:** LaVerne
**Middle Initial:** A
**Last Name:** McBride-O'Neal

**Street Address:** 112 East 128 Street # 11B

**County, City:** New York
**State:** NY
**Zip Code:** 10035

**Telephone Number:** 212 987-8803
**Email Address (if available):** a7eyez226@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.