UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVERNE MCBRYDE-O'NEAL,<br><br>                              Plaintiff,<br><br>         -against-<br><br>DETECTIVE POLICHETTI; and<br>JOHN DOE DEA, et al.,<br><br>                              Defendants. | 23-CV-10113 (JPC) (RFT)<br><br>**ORDER OF SERVICE** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

      Plaintiff, who is appearing pro se, brings this action under the Court's federal question jurisdiction, alleging that Defendants violated her federal constitutional rights. (*See* ECF 1.) Defendants include unidentified Drug Enforcement Administration ("DEA") agents. (*Id.*) By order dated December 1, 2023, the Court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees. On December 18, 2023, I ordered the United States Attorney's Office ("USAO") to identify the name and badge number of each unidentified DEA agent whom Plaintiff seeks to sue and the address where each unidentified DEA agent may be served. (*See* ECF 6.) On February 9, 2024, the USAO provided a list of the DEA agents it has identified, and it informed the Court that counsel for the DEA will accept service on behalf of each of those Defendant DEA agents. (*See* ECF 14.)

      Because Plaintiff has been granted permission to proceed IFP, she is able to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the Court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

Accordingly, to allow Plaintiff to effect service on Defendants Task Force Officer ("TFO") Jose Ortiz; TFO Dino Polichetti, Badge #7182; Special Agent ("SA") Michael Morris, Badge # 9148; SA Joseph Boccia, Badge # 10344; and TFO John Dooley, through the U.S. Marshals Service, the Clerk of Court is respectfully requested to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of those Defendant. The Clerk of Court is further requested to (1) mark the box on USM-285 form labeled "Check for service on U.S.A.," (2) issue summonses for each of those Defendants, and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service of the Complaint upon TFO Ortiz, TFO Polichetti, SA Morris, SA Boccia, and TFO Dooley.

DATED: February 9, 2024
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

**DEFENDANT AND SERVICE ADDRESS**

1. Task Force Officer Jose Ortiz
   c/o Jill M. McCann
   DEA Office of Chief Counsel
   8701 Morrissette Drive
   Springfield, VA 22152

2. Task Force Officer Dino Polichetti, Badge #7182
   c/o Jill M. McCann
   DEA Office of Chief Counsel
   8701 Morrissette Drive
   Springfield, VA 22152

3. Special Agent Michael Morris, Badge # 9148
   c/o Jill M. McCann
   DEA Office of Chief Counsel
   8701 Morrissette Drive
   Springfield, VA 22152

4. Special Agent Joseph Boccia, Badge # 10344
   c/o Jill M. McCann
   DEA Office of Chief Counsel
   8701 Morrissette Drive
   Springfield, VA 22152

5. Task Force Officer John Dooley
   c/o Jill M. McCann
   DEA Office of Chief Counsel
   8701 Morrissette Drive
   Springfield, VA 22152