UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LaVerne McBryde-O'Neal

*(In the space above enter the full name(s) of the plaintiff(s).)*

23 Civ. 10113 (JPC) RFT

**AMENDED COMPLAINT**

-against-

Task Force Officer Jose Ortiz
Task Force Officer Dino Polichetti #7182
Special Agent Michael Morris #9148
Special Agent Joseph Boccia #10344
Task Force Officer John Dooley

Jury Trial: ☐ Yes    ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

2024 FEB 21 PM 1:18

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    LaVerne McBryde - O'Neal
Street Address    112 East 128 Street - Apt 11B
County, City    New York, NY 10035
State & Zip Code    New York, NY 10035
Telephone Number    646-276-0690

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                   1

| | | |
|---|---|---|
| Defendant No. 1 | Name | Jose Ortiz TFO |
| | Street Address | c/o Jill M McCann |
| | County, City | DEA Office of Chief Counsel |
| | State & Zip Code | 8701 Morrissette Drive |
| | Telephone Number | Springfield, VA 22152 |
| | | |
| Defendant No. 2 | Name | Dino Polichetti #7182 c/o Jill M McCann |
| | Street Address | DEA Office of Chief Counsel |
| | County, City | 8701 Morrissette Drive |
| | State & Zip Code | Springfield, VA 22152 |
| | Telephone Number | |
| | | |
| Defendant No. 3 | Name | Michael Morris, Special Agent #9148 c/o Jill M McCann |
| | Street Address | DEA Office of Chief Counsel |
| | County, City | 8701 Morrissette Drive |
| | State & Zip Code | Springfield, VA 22152 |
| | Telephone Number | |
| | | |
| Defendant No. 4 | Name | Joseph Boccia, Special Agent #10344 c/o Jill M. McCann |
| | Street Address | DEA Office of Chief Counsel |
| | County, City | 8701 Morrissette Drive |
| | State & Zip Code | Springfield, VA 22152 |
| | Telephone Number | |

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions     ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

*Rev. 12/2009*                                                                 2

Defendant No. 5: John Dooley, TFO
c/o Jill M McCann
DEA Office of Chief Counsel
8701 Morrissette Drive
Springfield, VA 22152

At least 20 others are not identified.

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **112 East 128 Street, Apt. #11B, New York, NY 10035**

B. What date and approximate time did the events giving rise to your claim(s) occur? **On 1-4-2023 at approximately 1:50 pm**

C. Facts: **TFO Dino Polichetti #7182 took my house keys from an officer who removed keys from my spouse pockets at the elevator and entered my apartment without search warrant and not identified himself, in violation of my 4th and 14th amendments. Once inside the apartment, he gave access to approximately 24 other officers to enter the apartment with me being subdued in the hallway outside of the apartment. I was out there for approximately 5 hours. I was recovering from foot surgery and was to stay in bed with foot elevated for healing, however, with me in the hallway for this long period of time, the bone did not fuse and my foot won't heal because of this. I suffered daily since 1-4-24. I could have lost this apartment where I've lived 44 years this year. I suffered with embarrassment from all tenants who live here and saw what took place. The super of the building came. A worker from HPD was on this floor. The UPS worker came on the floor with my boxes. All officers examined the boxes looking for illegal boxes. Very embarrassing**

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. **Xrays were taken and it was discovered the bone in the toe did not fuse and I suffer continue pain with arthritis. I may need to get the splint placed which is another procedure in the future. I don't want to do at this immediate time but it is necessary. Medical observation is necessary for splint placement in the future. I will require therapy for my anxiety.**

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am seeking 25 million for punitive and compensatory damages. I developed cataracts in both eyes from being traumatized by these officers. The cataracts were removed in November and December 2023. I almost lost vision in both eyes. My high blood pressure is being controlled by Hydrochlorothiazide taken daily. I suffer from sleep apnea. I constantly get up to make sure no one is standing in the apartment hallway that don't live here like Polichetti who let himself in here without making a sound and not speaking when I asked who he was. That alone could have had me dead from a heart attack. I am depressed, I suffer duress, anxiety and no longer feel safe when my son or spouse are outside and I am here alone. My comfortable life before this incident have left me broken.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **20** day of **February**, 20**24**

Signature of Plaintiff _[signature]_

Mailing Address   112 East 128 Street
                  Apt. #11B
                  New York, NY 10035

Telephone Number  646-276-0690

Fax Number *(if you have one)* _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____ _____ _____ _____
Address          City              State             Zip Code

_____ _____
Telephone Number                 E-mail Address

_____ _____
Date                             Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

23-CV-10113 (JPC)(RFT)

February 20, 2024

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge

Re: Letter dated February 9, 2024, from United States Attorney Damian Williams.

Dear Judge Tarnofsky,

I am responding to the above-stated letter with only five names submitted. However, twenty-plus names were not submitted.

On January 4, 2023, at approximately 1:35 p.m., at 112 E. 128th Street, apartment 11-B, and in the surrounding hallway area, three Black/Dominican plain clothes male officers exited Staircase B, next to the elevators. They surrounded my spouse, Dexter Washington, who had just left the apartment on his way to pay a traffic ticket, subdued him and then placed him in handcuffs, and removed contents from his pockets, including house/car keys and wallet. Two minutes later, both elevators opened at the same time. On each elevator, there were at least ten plainclothes police officers, including New York Detective Dino Polichetti. He exited the elevator close to staircase B, where the three officers had detained Dexter Washington. At least 23 plainclothes officers were in the hallway on the 11th floor at 1:45 p.m. One of the three officers who had initially subdued Dexter Washington gave Polichetti the keys to the apartment. With Polichetti in the lead, walking toward the apartment, Dexter Washington asked Polichetti, "Don't you need a search warrant to enter my apartment?" Polichetti replied, "I don't need one." Polichetti rang the doorbell, and I responded, "I'm coming," thinking it was my regular UPS deliveryman bringing my packages. When I exited my bedroom and went into my apartment hallway, I saw a white male in a white T-shirt and khaki pants holding my keys in his right hand and a body shield in his left hand that was basically on the floor. When I asked him who are you and what are you doing in my apartment? He never answered. He stood in silence, watching me walk towards him without any response. When I was in front of him, he said my apartment was under investigation and shoved me into the hallway, where the female Asian police officer was ready to put me in handcuffs. I told her she was not putting handcuffs on me without telling me what I did, and then she said I was not under investigation. Dexter had just made an illegal sale to their CI, which the Ring device on my neighbor's apartment 11J proved the officer was lying. The three officers from the staircase were the only ones Dexter encountered when he left my apartment, 11B, at approximately 1:40 p.m. Polichetti then told the three officers to take Dexter downstairs. I saw no less than twenty-three plainclothes officers in the hallway. Polichetti opened the door for the first ten officers to enter my apartment, and not one officer, including Polichetti, showed me a search warrant or identified themselves. They were all in street clothes except the Asian female officer and an Asian male officer. I told the female officer I had surgery on my feet, and I could not stand on my feet. A chair was eventually given to me to sit in the hallway after I continuously complained about the severe pain in my feet and legs.

After approximately twenty minutes, and with no less than ten officers inside the apartment, including Polichetti, the DEA officer announced they were about to enter. Eventually, there were at least 20 officers inside the apartment. At that point, Polichetti realized that he was being recorded by

my door Ring device and reached up and snatched the device off my door. One Black male officer stood before me while I sat in the hallway. A couple of white male officers were in the hallway as well. At least five apartments on this floor, my neighbors were back and forth to see what was happening and ensure I was not harmed. The situation got so far out of hand that I had to wait (while urinating on myself) for the female officer to come to the hallway and escort me to the bathroom. I was able to observe all twenty-plus officers inside my apartment and how they went about wrecking it and intentionally destroying valuable property, mainly the middle bedroom. This scene was not only traumatizing, but it also caused my pressure to elevate to a dangerous level, which caused me to believe I was going to have a heart attack. When I returned to the hallway to sit back down, Polichetti called for an officer to bring the canine. It was a white male officer who brought the dog to the apartment. While in the apartment, the officers allowed the canine to put feces on the floor in the middle bedroom, which all officers inside and outside the apartment thought was funny. They all laughed and said the dog was excited. There are no less than twenty-one officers inside the apartment. Then Polichetti called for an officer to bring a hand truck to remove a broken, never-used pill machine. At that point, approximately twenty-two officers were inside the apartment until 5 P.M.

Thus, the assertion by Damian Williams, US Attorney, in his response to this court's summons and Order is incorrect and seeks to mislead this Court by providing only five names. I request that all twenty-five officers, including the three officers from staircase B, be identified. There were at least twenty-five officers, without a search warrant and without identifying themselves, who wrecked my apartment.

When I was allowed to reenter my apartment, I noticed Polichetti leaving my apartment with $50,000 of my hard-earned money in two dictionary safes that were mysteriously placed inside a broken safe in the middle bedroom where the broken machine was. Therefore, all the names of each officer and DEA officer that was in the apartment are needed to properly determine who was responsible for the grave injustice and harm done to me.

Respectfully submitted

LaVerne A. McBryde-O'Neal