UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAVERNE MCBRYDE O'NEAL,

                 Plaintiff,

      -against-

TASK FORCE OFFICER DINOL POLICHETTI, et al.,

               Defendants.

23-CV-10113 (JPC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

         On May 15, 2024, the Office of the United States Attorney for the Southern District of New York ("USAO") filed a document in which it disclosed the identity of five additional unnamed defendants in this matter ("New Federal Defendants"). (ECF 33.) My December 18, 2023 Valentin Order addressed to the USAO provided that Plaintiff would have 30 days from the date of being informed by the USAO of the identities of unnamed defendants to amend the operative complaint to name those defendants (ECF 6); Plaintiff's amendment to name the New Federal Defendants would therefore be due by June 14, 2024. However, on March 4, 2024, I issued a second Valentin Order directing the New York City Law Department ("Law Department") to identify any New York Police Department ("NYPD") officers involved in the incident underlying this case (ECF 20); the Law Department's response to that Order is not due until June 5, 2024 (ECF 31), and if the Law Department identifies any such NYPD officers, Plaintiff's amendment to the operative complaint to name them as defendants would not be due before **July 8, 2024**.

         To avoid duplicative work and a proliferation of complaints, Plaintiff should not file a second amended complaint ("SAC") adding as defendants the New Federal Defendants until after the Law Department provides the names of any NYPD officers involved in the incident (or indicates that it has been unable to identify any such NYPD officers). Once the Law Department has provided the names of any NYPD officers involved in the incident or indicated that there were no such NYPD officers, Plaintiff shall file her SAC. Accordingly, Plaintiff has until **July 8,**

**2024** to file her SAC, in which she shall name as defendants (1) the individuals currently named as defendants in the amended complaint, which is the operative complaint at this time; (2) the New Federal Defendants; and (3) any NYPD officers identified by the Law Department.

The SAC will be a replacement for and not an addition to the amended complaint and the original complaint. This means that any information in the amended complaint and the original complaint but not the SAC will not be considered part of the SAC. A complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed the SAC, the Court will screen it and, if necessary, issue an order directing the Clerk of Court to (i) complete the USM-285 forms with the addresses for all newly named defendants and (ii) deliver to the U.S. Marshals Service all documents necessary to effect service.

DATED:  May 20, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

U~NITED~ S~TATES~ D~ISTRICT~ C~OURT~
S~OUTHERN~ D~ISTRICT OF~ N~EW~ Y~ORK~

_____

_____                  ____ **Civ.** _____ ( ____ )

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

           **-against-**                                                                **SECOND AMENDED
COMPLAINT**

_____          Jury Trial:  ☐ Yes       ☐ No

_____                                 (check one)

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*


I.      **Parties in this complaint:**

A.      List your name, address and telephone number.  If you are presently in custody, include your
identification number and the name and address of your current place of confinement.  Do the same
for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name _____

                 Street Address _____

                 County, City _____

                 State & Zip Code _____

                 Telephone Number _____

B.      List all defendants.  You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual.  Include the address where
each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
contained in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                          1

Defendant  No. 1        Name _____

                        Street Address _____

                        County, City _____

                        State & Zip Code _____

                        Telephone Number _____


Defendant  No. 2        Name _____

                        Street Address _____

                        County, City _____

                        State & Zip Code _____

                        Telephone Number _____


Defendant  No. 3        Name _____

                        Street Address _____

                        County, City _____

                        State & Zip Code _____

                        Telephone Number _____


Defendant  No. 4        Name _____

                        Street Address _____

                        County, City _____

                        State & Zip Code _____

                        Telephone Number _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

        ☐ Federal Questions                    ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
        _____
        _____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

        Plaintiff(s) state(s) of citizenship _____

        Defendant(s) state(s) of citizenship _____

        _____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.    Facts: _____

_____

| What happened to you? | _____ |
|---|---|

_____

_____

| Who did what? | _____ |
|---|---|

_____

_____

_____

| Was anyone else involved? | _____ |
|---|---|

_____

| Who else saw what happened? | _____ |
|---|---|

_____

_____

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff    _____

Mailing Address    _____

_____

_____

Telephone Number    _____

Fax Number *(if you have one)*    _____

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.


<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

Inmate Number    _____

*Rev. 12/2009*                    4