UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVERNE MCBRYDE O'NEAL,<br><br>                Plaintiff,<br><br>  -against-<br><br>TASK FORCE OFFICER DINOL POLICHETTI, et al.,<br><br>              Defendants. | 23-CV-10113 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On May 15, 2024, the Office of the United States Attorney for the Southern District of New York ("USAO") filed a document in which it disclosed the identity of five additional unnamed defendants in this matter and indicated that counsel for the Drug Enforcement Administration will accept service for three of them. (ECF 33.) As to the other two individuals, David Comesanas and Michael Ingram, both of whom are retired New York Police Department officers, the USAO stated that the New York City Law Department ("Law Department") would be best positioned to provide addresses for service. Accordingly, the Law Department is ordered, **by June 5, 2024**, in connection with its response to my Valentin Order of March 4, 2024 (ECF 20), to either (i) provide addresses for service of Comesanas and Ingram or (ii) indicate that it is unable to do so and explain why.

DATED:  May 21, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge