UNITED STATES DISTRICT COURT                        23-CV-10113 (JPC) (RFT)
SOUTHERN DISTRICT OF NEW YORK                       May 20, 2024


The Honorable Robyn F. Tarnofsky
United States Magistrate Judge


Dear Judge Tarnofsky,

I assert that a significant number of New York Police Law Enforcement personnel, at least twenty, conducted an unauthorized search of my apartment. In light of this, I am formally requesting a subpoena to release the body-worn camera footage recorded by the officers involved in the incident on January 4, 2023. As a pivotal piece of evidence, this footage will provide an accurate account of the events. It is worth noting that all NYPD officers are mandated by law to wear body cameras while on duty, underscoring the importance of this request.

The release of this footage is crucial to the fair adjudication of this case. It will help illuminate the incident's circumstances and ensure justice is served. As a critical piece of evidence, the body-worn camera footage will provide invaluable insight that will aid all parties involved in understanding what indeed occurred.

I respectfully urge the court to issue a subpoena to compel the police officers to release their body-worn camera footage. This will help ensure transparency and fairness in the legal process.

Thank you for your attention to this matter, Your Honor. I earnestly hope for a swift and just resolution, as the timely release of the body-worn camera footage is crucial for the fair adjudication of this case.

Be Blessed and Stay Safe.

Respectfully Submitted,

LaVerne A. McBryde-O'Neal