UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVERNE MCBRYDE-O'NEAL,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>TASK FORCE OFFICER DINOL POLICHETTI, et al.,<br><br>　　　　　　Defendants. | 23-CV-10113 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 17, 2024, the U.S. Marshals Service served the Drug Enforcement Administration's Office of Chief Counsel with a subpoena directed to Ring LLC (ECF 40), pursuant to my March 4, 2024 Order of Service (*see* ECF 20). This order modifies the last paragraph in ECF 20 as follows:

On **June 10, 2024**, the Clerk of Court is respectfully directed to complete the USM-285 form and deliver all documents necessary for the U.S. Marshals Service to serve the Ring Subpoena (ECF 13); this Order; the January 31, 2024 Order (ECF 12); Plaintiff's request for a subpoena describing the video footage she seeks to be preserved (ECF 11); and the January 17, 2024 Order authorizing issuance of the Ring Subpoena (ECF 10) on Ring LLC. The address for service is 12515 Cerise Avenue, Hawthorne, CA 90250.

DATED:　May 31, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge