UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVERNE MCBRYDE-O'NEAL,<br><br>                              Plaintiff,<br><br>          -against-<br><br>TASK FORCE OFFICE DINO POLICHETTI, et al.<br><br>                              Defendants. | 23-CV-10113 (JPC) (RFT)<br><br>**ORDER OF SERVICE** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff, who is appearing pro se, alleges that Defendants violated her federal constitutional rights. (*See* ECF 1.) Defendants are identified and unidentified Drug Enforcement Administration ("DEA") agents and other law enforcement officers. (*See id,* ECF 6, ECF 20.) By order dated December 1, 2023 (ECF 3), the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. Because Plaintiff has been granted permission to proceed IFP, she is able to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013).

On February 9, 2024, the United States Attorney for the Southern District of New York ("USAO") provided a list of the DEA agents it had identified in connection with a *Valentin* Order I issued on December 8, 2023 (ECF 6). (*See* ECF 14.) On May 17, 2024, the USAO filed a document in which it disclosed the identity of five additional unnamed defendants, including retired TFO David Comesanas. (*See* ECF 33.) The USAO filed a letter providing a potential service address for retired TFO Comesanas. (*See* ECF 52.) Formal service may wait until such time as Plaintiff amends the Amended Complaint to name retired TFO Comesanas as a defendant in this matter.

For now, the USAO is directed by **June 17, 2024** to mail the following documents to the address it provided for retired TFO Comesanas: (1) the Amended Complaint (ECF 19); (2) the letters filed by the USAO at ECF 14, ECF 33, and ECF 52; (3) this Court's orders at ECF 20 and ECF 35; and (4) this order. The USAO shall file proof of such mailing on the docket by **June 17, 2024.**

DATED:  June 10, 2024
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

**DEFENDANT AND SERVICE ADDRESS**

1. Task Force Officer Jose Ortiz
   c/o Jill M. McCann
   DEA Office of Chief Counsel
   8701 Morrissette Drive
   Springfield, VA 22152

2. Task Force Officer Dino Polichetti, Badge #7182
   c/o Jill M. McCann
   DEA Office of Chief Counsel
   8701 Morrissette Drive
   Springfield, VA 22152

3. Special Agent Michael Morris, Badge # 9148
   c/o Jill M. McCann
   DEA Office of Chief Counsel
   8701 Morrissette Drive
   Springfield, VA 22152

4. Special Agent Joseph Boccia, Badge # 10344
   c/o Jill M. McCann
   DEA Office of Chief Counsel
   8701 Morrissette Drive
   Springfield, VA 22152

5. Task Force Officer John Dooley
   c/o Jill M. McCann
   DEA Office of Chief Counsel
   8701 Morrissette Drive
   Springfield, VA 22152