UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVERNE MCBRYDE-O'NEAL,<br><br>                              Plaintiff,<br><br>          -against-<br><br>TASK FORCE OFFICE DINO POLICHETTI, et al.<br><br>                              Defendants. | 23-CV-10113 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff has until **July 8, 2024** to file her Second Amended Complaint ("SAC"), in which she shall name as defendants (1) the individuals currently named as defendants in the amended complaint and (2) any new defendants she wishes to include in this case who were identified in response to the Court's *Valentin* orders. The SAC will be a replacement for and not an addition to the amended complaint and the original complaint. This means that any information in the amended complaint and the original complaint but not the SAC will not be considered part of the SAC. All defendants named in the SAC have until **August 5, 2024** to file their anticipated motion(s) to dismiss the SAC including either (a) a brief in support of their motion(s) to dismiss the SAC or (b) a statement that they are relying on the legal arguments in the brief in support of the motion to dismiss the Amended Complaint (ECF 64) plus, if they wish, a supplemental brief raising any additional arguments in support of dismissing the SAC. Plaintiff has until **September 3, 2024** to oppose the anticipated motion(s) to dismiss the SAC. Defendants named in the SAC have until **September 17, 2024** to file reply briefs, if any, in further support of their anticipated motion(s) to dismiss the SAC. To the extent that Plaintiff later learns, through exchanging

evidence with parties and non-parties in connection with this matter, of additional potential defendants, she may at that time make a motion to amend the SAC to add such additional defendants. If Plaintiff makes such a motion to amend in the future, I will give it due consideration at the time.

DATED: July 3, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge