UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVERNE MCBRYDE-O'NEAL,<br><br>                              Plaintiff,<br><br>            -against-<br><br>TASK FORCE OFFICE DINO POLICHETTI, et al.<br><br>                              Defendants. | 23-CV-10113 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

On June 27, 2024, Plaintiff submitted her Second Amended Complaint ("SAC") which was filed on the docket, on July 2, 2024 as ECF 65-1. The SAC identifies the following Defendants: Dino Polichetti; Ferndando Bonilla; Keith Ames; Guarionex Marte; David Comesanas; Michael Ingram; Michael Morris; Jose Ortiz; Joseph Boccia; and John Dooley. The Clerk of Court is respectfully requested to amend the case caption to identify Defendants named in the SAC.

Defendants named in the SAC will have until **August 5, 2024** to file their anticipated motion(s) to dismiss the SAC including either (a) a brief in support of their motion(s) to dismiss the SAC or (b) a statement that they are relying on the legal arguments in the brief in support of the motion to dismiss the Amended Complaint (ECF 64) plus, if they wish, a supplemental brief raising any additional arguments in support of dismissing the SAC. Plaintiff will have until **September 3, 2024** to oppose the anticipated motion(s) to dismiss the SAC. Defendants named in the SAC have until **September 17, 2024** to file reply briefs, if any, in further support of their anticipated motion(s) to dismiss the SAC.

DATED:  July 9, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge