
Davis Wright
Tremaine LLP

Suite 2400
865 S Figueroa
Los Angeles, CA 90017

**Arthur Kats**
(213) 655-9669 tel
arthurkats@dwt.com

DWT Ref. No. SUB1020673

July 11, 2024

**TO THE HONORABLE COURT
AND ALL PARTIES VIA CM-ECF**

    **Re:**    McBryde-O'Neal v. Polichetti, et al. (Case No. 23-CV-10113-JPC-RFT)

Your Honor:

We represent Ring LLC ("Ring") and are in receipt of the Subpoena to Produce and the Court's authorizing orders directing Ring to preserve certain video footage from January 4, 2023 in connection with this action. Without waiving any right or objection, Ring responds to the subpoena to preserve as follows:

As noted in the Court's January 17, 2024 Opinion and Order (ECF No. 10, pp 4-5), Ring customers can generally download and store Ring videos directly to their own storage media of choice and some subscribing customers may have cloud storage for a limited period of time. Ring customers with a cloud storage subscription plan may have the option to store videos in the cloud with a default retention setting of 60 days in the United States, and up to a maximum of 180 days. *See* https://ring.com/support/articles/1nce1/Understanding-and-Adjusting-Your-Video-Storage-Time. Video or photographic content outside of this retention period is automatically deleted from Ring's storage on the cloud and cannot be retrieved or restored. Ring does not keep "backup" footage of any kind.

For these reasons, Ring typically directs preservation requests to the owner(s) of the subject Ring account(s) because any and all recorded video content belongs entirely to Ring's customers. *See* Ring Terms of Service, available at https://ring.com/terms ("Ring does not claim ownership of your intellectual property rights in your Content…you retain all rights you have in your Content").

Given that the subpoena to Ring in this action seeks the preservation of "video footage recorded by the Ring device[…] on January 4, 2023," which is nearly one year beyond the latest possible retention setting for Ring content, and following a reasonable search, Ring confirms that it does not possess video footage responsive to the subpoena to preserve.

    Respectfully,

    **DAVIS WRIGHT TREMAINE LLP**
    *Attorneys for Non-Party Ring LLC*

    /s *Arthur Kats*
    Arthur Kats

4871-3487-7644v.1 0051461-005057

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

cc: **<u>Via Certified Mail</u>**
   Laverne A. McBryde-O'Neal
   112 East 128th Street, Apt. 11B
   New York, NY 10035

4871-3487-7644v.1 0051461-005057