UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LaVerne A. McBryde-O'Neal,<br><br>           Plaintiff,<br><br>   -against-<br><br>Task Force Officer Dinol Polichetti, et al.,<br>                    Defendants. | |

                                        23-CV-10113 (JPC)(RFT)

                                        **ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on, **July 23, 2024** at **12:00 PM** to discuss Plaintiff's request to amend the complaint to add allegations that her funds were taken during the incident. Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 190 040 547#**.

DATED:  July 17, 2024
        New York, NY

                                        SO ORDERED.

                                        **ROBYN F. TARNOFSKY**
                                        United States Magistrate Judge