UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LaVerne A. McBryde-O'Neal,<br><br>                    Plaintiff,<br><br>     -against-<br><br>Task Force Officer Dinol Polichetti,<br><br>                    Defendant. | 23-CV-10113 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic status conference is scheduled for **Tuesday, September 24, 2024 at 11:00 am.** The parties should be prepared to discuss the Plaintiff's letter filed on 9/3/2024 (ECF 80). The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 710 698 694#.

DATED:  September 6, 2024　　　　　　　　　　SO ORDERED.
             New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge