UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LaVerne A. McBryde-O'Neal,<br><br>                    Plaintiff,<br><br>     -against-<br><br>Task Force Officer Dino Polichetti, et al.,<br><br>                    Defendants. | 23-CV-10113 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 27, 2024, Defendants Dino Polichetti, Michael Morris, Jose Ortiz, Joseph Boccia, and John Dooley filed their motion to dismiss Plaintiff's amended complaint. (*See* ECF 63; ECF 64.) On July 2, 2024, Plaintiff filed her second amended complaint ("SAC"), which identified additional Defendants Ferndando Bonilla, Keith Ames, Guarionex Marte, David Comesanas, and Michael Ingram. (*See* ECF 65-1.) Each Defendant is represented by the same counsel (*see* ECF 75) and has elected, in responding to the SAC, to rely on the motion to dismiss the amended complaint. (*See id.*) Plaintiff's opposition to the motion to dismiss was due on September 3, 2024. (*See* ECF 68.) Plaintiff, who is pro see, has neither filed her opposition papers nor requested an extension of time to do so. The time for Plaintiff to file her opposition to Defendants' motion to dismiss is extended, sua sponte and nunc pro tunc, to **September 20, 2024**. Defendants shall file their reply, if any, by **September 27, 2024**.

DATED:        September 10, 2024
              New York, New York

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge