UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVERNE A. MCBRYDE-O'NEAL,<br><br>                    Plaintiff,<br><br>     -against-<br><br>TASK FORCE OFFICER DINO POLICHETTI, et al.,<br><br>                    Defendants. | 23-CV-10113 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **April 11, 2025, at 11:00 AM**. Plaintiff and counsel for Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 167 792 249 #**. The parties should be prepared to discuss discovery, including discovery related to whether Defendant Polichetti was deputized as a federal task force office at the time of the search (*see* ECF 106, Order Adopting Report and Recommendation at 8-9). Additionally, Plaintiff recently delivered to this Court video footage that was recorded on a Ring device. By April 10, 2025, Plaintiff must contact Defendants' counsel to arrange for the delivery of the same video footage to Defendants' counsel.

DATED:     April 4, 2025
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge