UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

LAVERNE MCBRYDE-O'NEAL,

                Plaintiff,

  -v-

DINO POLICHETTI,

                Defendant.

23-CV-10113 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

    On May 23, 2025, Defendant Dino Polichetti filed his motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) (the "Motion"). (ECF 112, Def.'s Mot. To Dismiss; ECF 113, Def.'s Mem. in Supp. of Mot. To Dismiss.) Plaintiff did not timely oppose the Motion, despite my extending her deadline to do so. (ECF 114, Order.) On August 11, 2025, I issued a report and recommendation ("R&R") recommending that the Honorable John P. Cronan grant the Motion. (ECF 116, R&R.) On August 15, 2025, the Court received two identical letters from Plaintiff dated July 17, 2025, which stated that she wishes to continue litigating this case. (*See* ECF 116; ECF 117.)

    I construe Plaintiff's letters to be her opposition to the Motion. The R&R (ECF 116) is hereby WITHDRAWN. Defendant's reply in further support of the Motion, if any, shall be filed by September 8, 2025.

DATED:  August 20, 2025
           New York, New York

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE