UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVERNE A. MCBRYDE-O'NEAL,

    Plaintiff,

  -against-
TASK FORCE OFFICER DINOL POLICHETTI, et al.,

    Defendant.

23-CV-10113 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A telephonic conference is scheduled for **Monday, December 8, 2025 at 3:30 pm.** The pro se plaintiff and counsel for defendant should be prepared to discuss the discovery status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 676 382 960#.

DATED: December 2, 2025
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge