UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVERNE MCBRYDE-O'NEAL,

                          Plaintiff,

    -v-                                      23-CV-10113 (JPC) (RFT)

DINO POLICHETTI,                                 **ORDER**

                       Defendant.

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

As discussed at a status conference held on December 8, 2025:

1.  The parties may exchange discovery about whether Defendant Polichetti was a federal employee at the time of the incident underlying this lawsuit. Defendant shall promptly, but in no event later than **January 5, 2025**, produce to Plaintiff documents sufficient to show Polichetti's employment status at the relevant time. Plaintiff shall produce any documents she possesses concerning Polichetti's employment status by mailing them to Mr. Liss by **January 5, 2026** at the following address:

    > AUSA Jeremy Liss
    > United States Attorney's Office, SDNY
    > 86 Chambers Street, 3rd Floor
    > New York, NY 10007

    A failure by Plaintiff to send her documents to Mr. Liss by the deadline may result in an order preventing her from questioning Polichetti about those documents if she takes Polichetti's deposition.

1

2. If Plaintiff wishes to question Polichetti at a deposition about his employment status at the time of the incident, she must send a letter to Mr. Liss by **January 5, 2026** letting him know when and where she would like to depose Polichetti. If Plaintiff does not by **January 5, 2026** either a) send Mr. Liss a letter requesting to schedule Polichetti's deposition or b) send a letter to the Court asking for more time to schedule Polichetti's deposition, Plaintiff may not be permitted to depose Polichetti about his employment status at the time of the incident.

3. Any deposition of Polichetti about his employment status shall be limited to one hour,  must take place before **February 2, 2026**, and shall be limited to the subject of his employment status at the time of the incident. Either party may contact chambers if any disputes arise during Polichetti's deposition.

4. After documents concerning Polichetti's employment status have been exchanged by the parties, and after Polichetti's deposition by Plaintiff (if Plaintiff chooses to depose him), I will set a schedule for Polichetti to ask Judge Cronan to grant summary judgment in Polichetti's favor and for Plaintiff to explain why the case should be allowed to proceed. If Judge Cronan allows the case to continue, the parties will have another chance to exchange information and take depositions.

5. If Plaintiff has questions about this Order, filing papers in this judicial district, or any procedural matters, she should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with their case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not

part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email ([ProSe@nysd.uscourts.gov](mailto:ProSe@nysd.uscourts.gov)) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007). If Plaintiff would like legal assistance, she should complete the City Bar Justice Center's intake form (available at [https://www.nysd.uscourts.gov/attorney/legal-assistance](https://www.nysd.uscourts.gov/attorney/legal-assistance)) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email ([fedprosdny@nycbar.org](mailto:fedprosdny@nycbar.org)). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

DATED: December 9, 2025
     New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge