UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVERNE MCBRYDE-O'NEAL,

                         Plaintiff,

     -v-                                                    23-CV-10113 (JPC) (RFT)

DINO POLICHETTI,                                            **ORDER**

                         Defendant.

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

A telephonic status conference is scheduled for **Friday, January 30, 2026 at**

**11:00 AM.** The parties should be prepared to discuss the Plaintiff's letter filed on January

16, 2026 (ECF 126). The parties are directed to join the conference at the scheduled time.

Please dial (646) 453-4442, Access Code: **429 639 665#.**

DATED: January 20, 2026                          SO ORDERED.
          New York, NY

                                                 _____
                                                 **ROBYN F. TARNOFSKY**
                                                 United States Magistrate Judge