UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVERNE MCBRYDE-O'NEAL,<br><br>                              Plaintiff,<br><br>     -v-<br><br>DINO POLICHETTI,<br><br>                              Defendant. | 23-CV-10113 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

As discussed at the conference, Defendant shall move for summary judgment by

**February 17, 2026**. Plaintiff shall file her opposition by **March 17, 2026**. Defendant shall file

a reply **within two weeks** of the day that Plaintiff's opposition appears on the docket.


DATED: January 30, 2026                              SO ORDERED.
        New York, NY

                                                    _____
                                                    **ROBYN F. TARNOFSKY**
                                                    United States Magistrate Judge