**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LAVERNE A. MCBRYDE-O'NEAL,

                              Plaintiff,                  23 **CIVIL** 10113 (JPC) (RFT)

        -against-                            **<u>JUDGMENT</u>**

DINO POLICHETTI,

                              Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2026, the Court adopts the Report and Recommendation in its entirety and grants summary judgment in favor of Polichetti; accordingly, the case is closed.

**Dated:** New York, New York

      June 2, 2026

                                    **TAMMI M. HELLWIG**
                                 _____
                                     **Clerk of Court**

                   **BY:**   _____
                                    **Deputy Clerk**